UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAM DONAGHE,

    Plaintiff,

  v.

PAUL TEMPOWSKY *et al.*,

    Defendants.

Case No. C04-5541RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The court having considered the report and recommendation in this case prepared by the Honorable Magistrate Judge Karen L. Strombom.

Plaintiff has failed to file an amended complaint when ordered to do so. The remaining claims in this action are **DISMISSED WITHOUT PREJUDICE**.

The clerk is directed to send copies of this order to plaintiff and counsel for defendants.

DATED this 3rd day of May, 2005.

                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE

ORDER - 1